STATE OF CONNECTICUT *v.* PAUL J. WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 578, is dismissed.

*Paul J. Williams,* pro se, and *Richard E. Gruskin,* in support of the petition.

*Elizabeth B. Leete,* special assistant state's attorney, in opposition.

Decided October 10, 1986

STATE OF CONNECTICUT *v.* DARRYL MITCHELL

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 598, is denied.

*Philip L. Steele,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided October 10, 1986

STATE OF CONNECTICUT *v.* JOHN LEAVITT

The defendant's petition for certification for appeal from the Appellate Court, 8 Conn. App. 517, is denied.

*Randy Lynn Cohen,* in support of the petition.

*Christopher Maloney,* deputy assistant state's attorney, in opposition.

Decided October 10, 1986